4

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
P. O. DRAWER 31
500 E. 10TH ST., SUITE 234
BROWNSVILLE, TEXAS  78522

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

November 17, 1998

PHONE (956) 548-2570

United States District Court
Southern District of Texas
ENTERED

NOV 1 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Mr. E. R. Fleuriet
THE FLEURIET, SCHELL LAW FIRM
621 East Tyler
Harlingen, Texas  78550

Mr. Rollins M. Koppel
Mr. William Kimball
KOPPEL, EZELL, POWERS & KIMBALL
P. O. Box 2878
Harlingen, Texas  78551

RE: C.A. No. B-98-147, TOMAS ARCE, JR., VS
MC FABRICATION INDUSTRIES, INC.

Counselors:

Please take notice that his case has been assigned by U.S. Judge Filemon B. Vela to the undersigned U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and General Order No. 80-5 of the United states District Court for the Southern District of Texas.

Counsels' attention is directed to the provision of 28 U.S.C. § 636(c)(1) which provide that the undersigned may, with the consent of all parties, conduct all further proceedings including trial and judgment.  A form on which counsel can indicate consent is enclosed.

If ALL parties consent, please sign the consent form and return it to the clerk's office.  DO NOT RETURN THIS FORM UNLESS IT HAS BEEN SIGNED BY ALL PARTIES.

YOU ARE FREE TO WITHHOLD CONSENT WITHOUT ADVERSE SUBSTANTIVE CONSEQUENCES.

An initial pretrial conference is set for January 14, 1999, 10:00 a.m., before the Honorable John Wm. Black in Brownsville, Texas (conference may be held telephonically if requested and all parties are in agreement and Court is notified in advance) at which time dates will set for:

1. Discovery deadline;

2. Conduct of the case including additional pretrial conferences, and hearings on motions;

3. Filing a Joint Pretrial Order which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas;

4. A final pretrial and settlement conference; and

5. A trial on the merits.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADINGS. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION.

WHEN PREPARING AND FILING MOTIONS, counsel shall comply fully with Rule 6 of the Local Rules of the United States District Court for the Southern District of Texas. In particular, the District Clerk has been advised that no opposed motion will be filed unless it:
> "contain[s] an averment that [t]he movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion." Rule 6(A)(4)(b).

Very truly yours,

John Wm. Black
United States Magistrate Judge

JWB:lmv