8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THOMAS ARCE, JR. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-147 |
| | § | |
| MC FABRICATION INDUSTRIES, INC. | § | |

## AGREED ORDER OF DISMISSAL

The parties having filed their Notice of Dismissal pursuant to Rule 41(a)(1) F.R.C.P. it is hereby

ORDERED that all causes of action asserted by Plaintiff Thomas Arce, Jr. against Defendant MC Fabrication Industries, Inc. in this cause are hereby dismissed with prejudice.

Costs of Court are taxed to the party incurring same.

DONE at Brownsville, Texas this 8th day of ~~December, 1998~~ January, 1999.

_____
U. S. DISTRICT JUDGE

AGREED TO:

_____
E. R. Fleuriet
Attorney for Plaintiff Thomas
Arce, Jr.

_____
Rollins M. Koppel
Attorney for Defendant MC
Fabrication Industries, Inc.

AGREED ORDER OF DISMISSAL